IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO AND JENNIFER KUCERA, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK LAROSE, in his official capacity as Ohio Secretary of State; DAVID YOST, in his official capacity as Attorney General of Ohio; MICHAEL O'MALLEY, in his official capacity as County Prosecutor of Cuyahoga County; <br><br> Defendants. | Civil Action No. 1:23-cv-02414 <br><br> Judge Bridget Meehan Brennan <br><br> Magistrate Judge Jonathan D. Greenberg |

## MOTION TO INTERVENE OF THE REPUBLICAN NATIONAL COMMITTEE AND THE OHIO REPUBLICAN PARTY

The Republican National Committee and the Ohio Republican Party move for leave to intervene as party defendants pursuant to Federal Rule of Civil Procedure 24. Intervention is warranted for the reasons set forth in the accompanying memorandum in support. Intervenors attach as **Exhibit 1** the Answer and Affirmative Defenses they would file if permitted to intervene.

Counsel for the Proposed Intervenors contacted counsel for Plaintiffs and counsel for Defendants prior to filing this motion. Plaintiffs take no position on this motion. Defendants Secretary LaRose and Attorney General Yost have no objection to intervention. Defendant O'Malley did not provide a position on this motion prior to filing.

Dated: January 19, 2023                          Respectfully submitted,

/s/ Jesse T. Wynn
Sarah Welch (99171)
E-mail: swelch@jonesday.com
Jesse T. Wynn (101239)
E-mail: jwynn@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

John M. Gore*
E-mail: jmgore@jonesday.com
E. Stewart Crosland*
E-mail: scrosland@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Attorneys for Proposed Intervenors*

*\*Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

    I certify that on January 19, 2024 a copy of the foregoing Motion to Intervene was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                     /s/ Jesse T. Wynn
                                     Jesse T. Wynn
                                     *Attorney for Proposed Intervenor-Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO AND JENNIFER KUCERA,<br><br>    Plaintiffs,<br><br>  v.<br><br>FRANK LAROSE, in his official capacity as Ohio Secretary of State; DAVID YOST, in his official capacity as Attorney General of Ohio; MICHAEL O'MALLEY, in his official capacity as County Prosecutor of Cuyahoga County;<br><br>    Defendants. | Civil Action No. 1:23-cv-02414<br><br>Judge Bridget Meehan Brennan<br><br>Magistrate Judge Jonathan D. Greenberg |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2024, upon consideration of the Motion to Intervene of the Republican National Committee and the Ohio Republican Party, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.  The clerk is direct to file on the docket Intervenors' Motion to Dismiss.

 

_____<br>
Honorable Bridget Meehan Brennan<br>
United States District Judge