UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO, *et al.*, | CASE NO.  1:23-cv-2414 |
| Plaintiffs, | |
| v. | JUDGE BRIDGET MEEHAN BRENNAN |
| FRANK LaROSE, *et al.*, | **ORDER** |
| Defendants. | |

On January 19, 2024, the Republican National Committee and the Ohio Republican Party (the "Proposed Intervenors") moved, pursuant to Fed. R. Civ. P. 24, to intervene as of right and, alternatively, for permission to intervene in this litigation.  (Doc. No. 16-1 at PageID 150, 157.)

As to permissive intervention, Fed. R. Civ. P. 24(b) affords district courts discretion to grant a timely intervention motion if the intervenor "has a claim or defense that shares with the main action a common question of law or fact" and "the intervention will [not] unduly delay or prejudice the adjudication of the original parties' rights."  Here, the Proposed Intervenors argue that their motion should be granted because (1) it is timely, (2) they will raise defenses that share many common questions with the parties' claims and defenses, and (3) their inclusion will not cause delay or prejudice.  (Doc. No 16-1 at PageID 157-58.)

On January 25, 2024, the Court ordered all parties to the litigation to respond to the Proposed Intervenors' motion.  (1/25/2024 Non-Document Order.)  Responses were filed by Defendant Michael O'Malley (Doc. No. 21), Defendants Frank LaRose and David Yost (Doc. No. 22), and Plaintiffs League of Women Voters of Ohio and Jennifer Kucera (Doc. No. 23).  No

party opposed permissive intervention.

      Accordingly, pursuant to Fed. R. Civ. P. 24(b), the unopposed request for permissive intervention is GRANTED. The Court declines to consider whether the motion could also be granted as of right. Intervenors' [Proposed] Answer and Affirmative Defenses to Plaintiffs' Complaint for Injunctive and Declaratory Relief, appended to the motion and identified as Doc. No. 16-2, is deemed filed as of the date of this Order.

      **IT IS SO ORDERED.**

**Date**: February 6, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE