# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO, et al., | : : : | |
| *Plaintiffs*, | : : | Case No. 1:23-cv-2414 |
| v. | : : | JUDGE BRIDGET M. BRENNAN |
| FRANK LAROSE, et al., | : : | |
| *Defendants*, | : : | |
| and | : : | |
| REPUBLICAN NATIONAL COMMITTEE, et al., | : : : | |
| *Intervenor-Defendants*. | : | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE OPINION OF KIMBERLY STRACH

Before the Court is Plaintiffs League of Women Voters of Ohio and Jennifer Kucera's ("Plaintiffs") Motion to Exclude Opinion of Kimberly Strach. Having considered the motion, the briefing of the parties in support and opposition, including exhibits thereto, the papers and pleadings on file in this action, and any argument of counsel, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion to Exclude Opinion of Kimberly Strach is GRANTED; and

2. IT IS FURTHER ORDERED that the Expert Report of Kimberly Strach and the May 15, 2024, Deposition of Kimberly Strach, and any opinions contained therein, are excluded; and

3. IT IS FURTHER ORDERED that Defendants are precluded from offering the expert testimony of Ms. Strach in this action in any way, including at trial.

SO ORDERED this \_\_\_ day of _____, 2024.

_____

Judge Bridget M. Brennan
U.S. District Court for the Northern District of Ohio