# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO, et al., | CASE NO. 1:23-CV-2414 |
| Plaintiffs, | JUDGE: BRIDGET BRENNAN |
| v. | |
| FRANK LaROSE, et al. | **DEFENDANT CUYAHOGA COUNTY PROSECUTING ATTORNEY'S REPLY TO PLAINTIFFS' OPPOSITION TO SUMMARY JUDGMENT** |
| Defendants. | |

In response to Plaintiffs' Opposition to Summary Judgment, the Defendant Cuyahoga County Prosecuting Attorney adopts and incorporates the response submitted by the Ohio Secretary of State and Ohio Attorney General (ECF Doc#56) in support of summary judgment.

Respectfully submitted,

MICHAEL C. O'MALLEY, Prosecuting Attorney
of Cuyahoga County, Ohio

By: s/Mark R. Musson
Mark R. Musson (0081110)
Assistant Prosecuting Attorney
CUYAHOGA COUNTY
PROSECUTOR'S OFFICE
1200 Ontario Street, 8th Floor
Cleveland, OH  44113
mmusson@prosecutor.cuyahogacounty.us
(216) 443-7795

*Attorneys for the County Prosecutor*

## CERTIFICATION OF COMPLIANCE WITH L.R. 7.1(f)

This matter was assigned to the expedited track and this memorandum complies with L.R. 7.1(f) as previously modified by the Court.

> By: s/Mark R. Musson
> Mark R. Musson (0081110)
>
> *One of the attorneys for Defendant Cuyahoga County Prosecuting Attorney in his official capacity*