UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO, *et al.*, | CASE NO. 1:23-cv-02414 |
| Plaintiffs, | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | |
| FRANK LAROSE, *et al.*, | **JUDGMENT ENTRY** |
| Defendants, | |
| and | |
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, | |
| Intervenor-Defendants. | |

For the reasons stated in the Court's contemporaneously filed Memorandum Opinion and Order, the Court GRANTS Plaintiffs' partial motion for summary judgment as to Count Three (Voting Rights Act) and DENIES their motion without prejudice on Counts One (Americans with Disabilities Act) and Two (Rehabilitation Act).  The Court DENIES without prejudice all defendants' motions for summary judgment as to Counts One, Two, and Four.  The Court DENIES the CCPO's motion for summary judgment on immunity grounds.

Additionally, the Court GRANTS IN PART Plaintiffs' request for declaratory and injunctive relief.  Pursuant to the authority stated in its Memorandum Opinion and Order, the Court hereby finds that:

> Section 208 of the Voting Rights Act, 52 U.S.C. § 10508, expressly allows a disabled voter to select a person of their choice to assist them with voting, including the return of a disabled voter's absentee ballot.  To the extent that

R.C. § 3599.21(A)(9) and R.C. § 3599.21(A)(10) prohibit such assistance by limiting who a disabled voter may select to assist them in this manner, the statutes are PREEMPTED by Section 208 of the Voting Rights Act.

The Court ORDERS that:

The State Defendants, the CCPO, and any of their agents, employees, or successors in office, are hereby PERMANENTLY ENJOINED from administering, implementing, or enforcing R.C. § 3599.21(A)(9) or R.C. § 3599.21(A)(10) against any disabled voter or against any individual who assists any disabled voter with the return of the disabled voter's absentee ballot to the extent such enforcement contradicts Section 208 of the Voting Rights Act, with immediate effect.

This case is now CLOSED.

**IT IS SO ORDERED.**

**Date**: July 22, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE